UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HUI LIN, PIN YUN ZHANG, WEN MING
LIN, HUANG CHEN, AI YI LIN, and YU
JIAO LIN,

                        Plaintiffs,

      -against-

GREAT ROSE FASHION, INC., SILVER
FASHION, INC., GREAT WALL CORP.,
PING NEN LIN, XIAO YAN LIN, and
FANG ZHEN,

                        Defendants.
-------------------------------------------------------------------X

**ORDER**

08-cv-4778

NICHOLAS G. GARAUFIS, United States District Judge.

      As ordered by the court at today's hearing, the limited Temporary Restraining Order ("TRO") of January 7, 2009 shall remain in force on consent of the parties, pending the decision of the court regarding further injunctive relief. The court reminds the parties that the TRO prohibits the Defendants from engaging in any retaliatory conduct, including, to wit, the closing or suspension of operations of Defendants' businesses located at 47-23 36th Street, 47-22 36th Street, and/or 47-27 36th Street, Long Island City, New York 11001, to the extent they were in operation at the opening of business on January 7, 2009. (See Docket Entry #16.) The court further enjoins the Defendants from removing any equipment allegedly owned by Defendant Silver Fashion, Inc. from the premises of its current location, or entering into a contract of sale or otherwise disposing of such equipment, absent further order from the court.

      Defendants shall provide copies of the video surveillance tape identified as Defendants' Exhibit B no later than the close of business on January 23, 2008. The parties are directed to serve post-hearing briefing in accordance with the following schedule set by the court: Plaintiffs

1

post-hearing brief shall be due on January 30, 2009; Defendants' response shall be due on February 13, 2009; and Plaintiffs shall reply by February 20, 2009.

SO ORDERED.

Dated: Brooklyn, New York
January 15, 2009

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge

2