UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUI LIN, PIN YUN ZHANG, WEN MING LIN, HUANG CHEN, AI YI LIN, and YU JIAO LIN,<br><br>                                            Plaintiffs,<br><br>  -against-<br><br>GREAT ROSE FASHION, INC., SILVER FASHION, INC., GREAT WALL CORP., PING NEN LIN, XIAO YAN LIN, and FANG ZHEN,<br><br>                                            Defendants. | No. 08 Civ. 4778 (NGG)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York, and upon the annexed declaration, Molly Biklen, one of Plaintiffs' counsel in the above-captioned case, moves for leave to withdraw as counsel for Plaintiffs Hui Lin, Pin Yun Zhang, Wen Ming Lin, Huang Chen, Ai Yi Lin, and Yu Jiao Lin because I will no longer be employed by the Urban Justice Center as of May 22, 2009.  Plaintiffs continue to be represented by counsel:  Benjamin Holt of the Urban Justice Center, as well as Jeffrey A. Mishkin, Jessica B. Lee, Miriam Tauber, Shari A. K. Graham, and Kelly E. Schulz.

Dated: New York, New York
       May 6, 2009

                                                  Respectfully Submitted,

                                                  /s Molly K. Biklen
                                                Molly K. Biklen
                                                Urban Justice Center
                                                123 William Street, 16th Floor

New York, NY 10038
Tel: (646) 602-5600
Fax: (212) 533-4598
E-mail: mbiklen@urbanjustice.org