UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HUI LIN, PIN YUN ZHANG, WEN MING LIN, HUANG CHEN, AI YI LIN, and YU JIAO LIN,

                     Plaintiffs,

-against-

GREAT ROSE FASHION, INC., SILVER FASHION, INC., GREAT WALL CORP., PING NEN LIN, XIAO YAN LIN, and FANG ZHEN,

                     Defendants.

No. 08 Civ. 4778 (NGG)

**DECLARATION OF MOLLY K. BIKLEN**

---

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to 28 U.S.C. §1746, I, Molly K. Biklen, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am one of the attorneys representing the Plaintiffs in the above-captioned matter. I submit this Declaration in support of my motion to withdraw as counsel for Plaintiffs.

2. Plaintiffs will continue to be represented by able counsel after my withdrawal.

3. The Plaintiffs' motion for a preliminary injunction has been fully submitted and my withdrawal will not interfere with or require the extension of any deadlines set by the Court.

4. I submit a proposed order granting leave to withdraw, attached as Exhibit A.

Dated: New York, New York
May 6, 2009

                                                                    */s/ Molly Biklen*
                                                                     Molly K. Biklen