UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUI LIN, PIN YUN ZHANG, WEN MING LIN, HUANG CHEN, AI YI LIN, and YU JIAO LIN, <br><br> Plaintiffs, <br><br> -against- <br><br> GREAT ROSE FASHION, INC., SILVER FASHION, INC., GREAT WALL CORP., PING NEN LIN, XIAO YAN LIN, and FANG ZHEN, <br><br> Defendants. | No. 08 Civ. 4778 (NGG) |

## ORDER GRANTING MOTION TO WITHDRAW

Upon the motion by Plaintiffs' counsel Molly K. Biklen and the annexed declaration, **IT IS HEREBY ORDERED** that the motion of Molly K. Biklen to withdraw as counsel for Plaintiffs is granted.

Dated: _____
New York, New York

_____
Nicholas G. Gaurafis
United States District Judge