UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HUI LIN, PIN YUN ZHANG, WEN MING LIN, HUANG CHEN, AI YI LIN, and YU JIAO LIN,

                      Plaintiffs,

-against-

GREAT ROSE FASHION, INC., SILVER FASHION, INC., GREAT WALL CORP., PING NEN LIN, XIAO YAN LIN, and FANG ZHEN,

                      Defendants.

No. 08 Civ. 4778 (NGG)

### ORDER GRANTING MOTION TO WITHDRAW

Upon the motion by Plaintiffs' counsel Molly K. Biklen and the annexed declaration, **IT IS HEREBY ORDERED** that the motion of Molly K. Biklen to withdraw as counsel for Plaintiffs is granted.

Dated: _____
New York, New York

SO ORDERED.
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 5/7/09

_____
Nicholas G. Gaurafis
United States District Judge