ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: 5/11/10
START: 2:00 p.m.
END: 4:50 p.m.

DOCKET NO: 08-CV-4778 (NGG)

CASE: Lin, et al. v. Great Rose Fashion, Inc., et al.

___ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
_✓_ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: *see attached* Katherine McClung, Shari Graham, Benjamin Holt, Amy Tai — + clients

FOR DEFENDANT: *see attached* John J. O'Connell and Charlotte Xiaolan Lou + clients

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT _____ CONFERENCE SCHEDULED FOR _____
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The parties agree to a global settlement of the case, including fees and costs. They shall submit closing documents by 6/11/10.