UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HUI LIN, PIN YUN ZHANG, WEN MING LIN,
HUANG CHEN, AI YI LIN, and YU JIAO LIN,

                    Plaintiffs,        No. 08 Civ. 4778 (NGG) (RLM)

       - against -

                                **SATISFACTION OF JUDGMENT**

GREAT ROSE FASHION, INC., SILVER
FASHION, INC., GREAT WALL CORP.,                  
PING NEN LIN, XIAO YAN LIN, and                    ECF Case
FANG ZHEN,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      WHEREAS, a judgment was entered in the above action on the 30th day of June, 2010 in favor of Plaintiffs and against Defendants in the amount of $500,000 from the 30th day of June, 2010, and said judgment thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York

      August 12, 2011

                                                  By: _____
                                                    Jeffrey A. Mishkin
                                                     Shari Graham
                                                     Four Times Square
                                                     41st Floor

New York, New York 10036

Benjamin Holt
Amy Tai
URBAN JUSTICE CENTER
123 William Street
New York, New York 10038
Counsel for Plaintiffs

STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF NEW YORK       )


On the 12th day of August, 2011, before me personally came Shari Graham, attorney for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

_____
Notary Public

GAIL F. WRIGHT
Notary Public, State of New York
No. 30-4653780
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires December 31, 20 _13_